## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Saul Membreno Pineda, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:26-cv-00533-MJM |
| Vernon Liggins, *et al*., | | |
| | * | |
| Respondents. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### <u>ORDER</u>

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Parties' Joint Notice, the entire record in this case, this Court's prior rulings in cases that do not materially differ from this one (*see, e.g., Velasquez v. Noem*, No. 25-cv-3215-GLR, 2025 WL 3003684 (D. Md. Oct. 27, 2025); *Villanueva Funes v. Noem*, No. 25-cv-3860-TDC, 2026 WL 92860 (D. Md. Jan. 13, 2026); *Leal-Hernandez v. Noem*, No. 25-cv-02428-JRR, 2025 WL 2430025 (D. Md. Aug. 24, 2025); and *Sigaran v. Liggins, et al*., No. 25-cv-00329-LKG (D. Md. February 6, 2026)); and the reasoning of the Central District of California in *Maldonado Bautista v. Noem*, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), no further briefing or a hearing is necessary. Accordingly, it is this  11th  day of   February    2026:

**ORDERED** that the Petition is **GRANTED-IN-PART**, insofar as the Petitioner is entitled to the relief set forth below; and **DENIED** as to any other further relief at this time; and it is further

**ORDERED** that the Court incorporates into the record of this case Respondents' arguments from the cases identified above; and it is further

**ORDERED** that:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), which shall be held within 14 days of the **Petitioner's filing of a motion with the Immigration Court**;

3. The bond hearing may be conducted by any Immigration Judge having jurisdiction or administrative control over Petitioner's detention or having administrative control over Petitioner's immigration case or removal proceedings and need not take place in Maryland; but Petitioner must be present (in person or by video) and able to participate in the hearing;

4. Petitioner shall file a status report with this Court if a bond hearing is not held by an Immigration Judge within 14 days of his filing of a motion for a bond hearing;

5. Petitioner shall file a status report with this Court upon the conclusion of the bond hearing;

6. Petitioner's request for attorney's fees and costs is denied; and it is further

**ORDERED** that this Court shall **RETAIN** jurisdiction to enforce compliance with this Order.

_____
Matthew J. Maddox
United States District Court Judge